| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Steele, William H. | 2. Court or Organization<br><br>US District-So. Dist. Of AL | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>113 St. Joseph Street<br>Mobile<br>AL 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   2010 MAY 20 A 10: 03   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12-31-09 | Church Reader Fees | $150.00 |
| 2. | 12-31-09 | Musician Fees | $300.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12-31-09 | Self-employed (accounting consultant) |
| 2. | 12-31-09 | Retirement income from Retirement Systems of Alabama |
| 3. | 12-31-09 | Deferred Compensation distribution from Public Nationwide Retirement Solutions |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia Mortgage Corporation | Mortgage on rental property, Orange Beach, AL (Pt VII, line 59) | M |
| 2. Wells Fargo Advisors | Margin balance | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AmSouth Bank Account | A | Interest | J | T | | | | | |
| 2. Fidelity Puritan | A | Dividend | J | T | | | | | |
| 3. *Nationwide Retirement Solutions (457b) | E | Distribution | M | T | | | | | |
| 4. - Nationwide Fixed Account | | | | | | | | | |
| 5. - Fid Equity Income Fund | | | | | | | | | |
| 6. - FID Contrafund | | | | | | | | | |
| 7. - Janus Fund | | | | | | | | | |
| 8. - Am Cent Value IC | | | | | | | | | |
| 9. - Am Cent Vista Fd IC | | | | | | | | | |
| 10. *Wells Fargo Advisors - (IRA) | A | Dividend | J | T | | | | | |
| 11. -Centennial Money Market | | | J | T | | | | | |
| 12. - SunAmerica Blue Chip Fund Class B | | | | | | | | | |
| 13. - Centerstaging Corp. | | | | | | | | | |
| 14. - Putnam International Growth Fund | | | | | | | | | |
| 15. -Precision Drilling | | | | | Sold (part) | 6/3/09 | J | A | |
| 16. *Legg Mason (IRA) | A | Dividend | L | T | | | | | |
| 17. - Alliance Bernstein Large-Cap Growth Class A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Alliance Bernstein Global Thematic Growth Fund | | | | | | | | | |
| 19. - John Hancock Regional Bank | | | | | | | | | |
| 20. - Alliance Real Estate Investment Fund | | | | | | | | | |
| 21. - Jennison Blend Fund Class A | | | | | | | | | |
| 22. *Legg Mason | | | | | | | | | |
| 23. Alliance Large Capital Growth | | None | J | T | | | | | |
| 24. John Hancock Financial Industries | A | Dividend | J | T | | | | | |
| 25. *Wells Fargo Advisors | | | | | | | | | |
| 26. -Centennial Money Market | | None | J | T | | | | | |
| 27. -AMCAP Fund (American Funds) | A | Dividend | L | T | | | | | |
| 28. -Putnam Voyager | A | Dividend | K | T | | | | | |
| 29. -Templeton Foreign | A | Dividend | K | T | | | | | |
| 30. -Mutual Shares (TESIX) | A | Dividend | K | T | | | | | |
| 31. -Putnam Allstate Advisor (Annuity) | | None | N | T | | | | | |
| 32. -Putnam FD for Growth & Income | A | Dividend | K | T | | | | | |
| 33. -Putnam Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 34. -Putnam Small Cap Growth | | None | | | Sold | 3/27/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Adv Emerging Markets Income Fund | A | Dividend | J | T | | | | | |
| 36. -EMC Corp. | | None | | | Sold | 3/27/09 | J | A | |
| 37. -Intel Corp. | A | Dividend | | | Sold | 3/30/09 | J | A | |
| 38. -Nokia Corp. | | None | | | Sold | 03/27/09 | J | A | |
| 39. -Campbell Strategic Allocation Fund | A | Dividend | M | T | | | | | |
| 40. -Europacific Growth Fund (American Funds) | A | Dividend | K | T | | | | | |
| 41. -Fundamental Investors Inc. (American Funds) | A | Dividend | L | T | | | | | |
| 42. -Growth Fund of America (American Funds) | A | Dividend | L | T | | | | | |
| 43. -New Economy Fund (American Funds) | A | Dividend | K | T | | | | | |
| 44. -Smallcap World Fund Inc. (American Funds) | | None | | | Sold | 3/27/09 | J | A | |
| 45. -Washington Mutual (American Funds) | B | Dividend | K | T | | | | | |
| 46. -Powershares DB Base Metals Fund | | | | | Buy | 3/27/09 | K | | |
| 47. -Powershares DB Base Metals Fund | | | | | Sold | 8/04/09 | K | D | |
| 48. - 1 Shares Silver Trust | | | | | Buy | 8/12/09 | J | | |
| 49. - 1 Shares Silver Trust | | | | | Sold | 9/23/09 | K | B | |
| 50. *Wells Fargo Advisors - IRA (FBO) | B | Dividend | N | T | | | | | |
| 51. -AIM Funds Group-Constellation Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52.  -AIM Funds Group-Charter Fund | | | | | | | | | |
| 53.  -Putnam Intl. Growth Fund | | | | | | | | | |
| 54.  -Putnam New Opportunities | | | | | | | | | |
| 55.  -Putnam Vista Fund | | | | | | | | | |
| 56.  -Putnam Voyager Fund | | | | | | | | | |
| 57.  -Euro Pacific Growth (American Funds) | | | | | | | | | |
| 58.  -Growth Fund of America (American Funds) | | | | | | | | | |
| 59.  Steele Enterprises LLC | | None | M | U | | | | | |
| 60.  Sun Life Assurance Co. of Canada (annuity-no control)(X2005) | F | Distribution | L | T | | | | | |
| 61.  Rental property,Orange Beach,AL | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.14 and VII.53 - name change from Putnam International New Opportunities to Putnam International Growth Fund.

VII.59 - It is not anticipated that any income will be derived from the LLC. All income will be realized by the manager.

VII.various - Wachovia is now Wells Fargo Advisors. Payer is First Clearing, LLC.

VII.various = * denotes header information.

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544